IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY | : | CIVIL ACTION |
| | : | NO. 10-4634 |
| v. | : | |
| | : | |
| JOHN and MARY ATKINS, et al. | : | |

ORDER

AND NOW, this 14th day of June, 2011, after consideration of plaintiff Allstate Insurance Company's motion for summary judgment and defendants John and Mary Atkins' response, it is ORDERED that plaintiff's motion is GRANTED and JUDGMENT IS ENTERED in favor of plaintiff Allstate Insurance Company and against defendants John and Mary Atkins and Susan Ricca.

It is FURTHER ORDERED that the following declarations are ENTERED:

1) Plaintiff Allstate Insurance Company has no duty to defend defendants John and Mary Atkins in civil action number 10-000817 filed in the Court of Common Pleas for Delaware County; and

2) Plaintiff Allstate Insurance Company has no duty to indemnify defendants John and Mary Atkins in civil action number 10-000817 filed in the Court of Common Pleas for Delaware County.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.